IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FOSTER WILCOX )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIE COUNTY PRISON, et al., )<br>Defendants. ) | C.A. No. 20-5 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Richard A. Lanzillo |

**MEMORANDUM ORDER**

This *pro se* civil rights action was commenced by the filing of a motion for leave to proceed *in forma pauperis*, along with an attached complaint, on January 13, 2020 [ECF No. 1]. This matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 6, 2020, Magistrate Judge Lanzillo issued an Order granting Plaintiff's motion for leave to proceed *in forma pauperis*, but ordering Plaintiff to file an amended complaint by April 6, 2020, to correct numerous deficiencies identified in the original complaint [ECF No. 2]. After Plaintiff failed to comply with this Order, Judge Lanzillo issued a show cause Order requiring Plaintiff to file a proper amended complaint on or before May 4, 2020. [ECF No. 7].

After Plaintiff's continued failure to file the required amended complaint, Judge Lanzillo issued a Report and Recommendation ("R&R") on June 1, 2020, recommending that this case be dismissed due to Plaintiff's failure to prosecute. [ECF No. 8]. On the same date, this action was reassigned to the undersigned, as presiding judge, with Judge Lanzillo remaining as the referred

magistrate judge. Service of the R&R was made on Plaintiff at his address of record, via first class United States mail. Objections to the R&R were due from Plaintiff by June 18, 2020; however, Plaintiff has failed to file any objections to date.

After <u>de novo</u> review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 22nd day of June, 2020;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute. The report and recommendation of Magistrate Judge Lanzillo, issued June 1, 2020 [ECF No. 8] is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

_____
SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Richard A. Lanzillo
        U.S. Magistrate Judge

        all parties of record